IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

JUNE ELIZABETH BARNETT, *et al.*,   )
　)
　*Plaintiffs*,   )
　)   Civil Action Number
v.   )   CV-99-C-1231-W
　)
GENERAL MOTORS ACCEPTANCE   )
CORPORATION,   )
　)
　*Defendant*.   )

## MEMORANDUM OPINION

Plaintiffs stipulate that the United States Bankruptcy Code preempts their Alabama state law claims of invasion of privacy. These claims are DISMISSED, with prejudice.

Plaintiff Sheba Rayburn stipulates that she signed a Reaffirmation Agreement with Defendant and that all of her claims are therefore dismissed. Plaintiff Rayburn's claims are DISMISSED, with prejudice.

Plaintiffs' remaining claims that Defendant violated the stay and discharge injunctions of the Bankruptcy Court are within the Bankruptcy Court's jurisdiction. The court whose orders have been defied must entertain the contempt actions. *Pereira v. First North Am. Nat'l Bank*, 223 B.R. 28, 31 (Bankr. N.D. Ga. 1998) (citing *Klett v. Pim*, 965 F.2d 587, 590-91 (8th Cir. 1992); *Lubrizol Corp. v. Exxon Corp.*, 871 F.2d 1279, 1290 (5th Cir. 1989)).

1

Therefore, by separate order, these remaining claims will be DISMISSED, without prejudice, to the right of Plaintiffs to pursue their claims in Bankruptcy Court.

Done this 27th day of October, 2000.

/s/ Clemon
_____
CHIEF UNITED STATES DISTRICT JUDGE
U.W. CLEMON